**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**ALBERT COFFEE**                                                                                                       **PLAINTIFF**

**v.**                                   **CIVIL ACTION NO. 4:11CV144-SA-JMV**

**CARROLL COUNTY, MISSISSIPPI
By and Through its Board of Supervisors, et al.**                     **DEFENDANTS**

*Consolidated With*

**ODESSA WILLIAMS and MARY WILLIAMS**                                 **PLAINTIFF**

**v.**                                 **CIVIL ACTION NO. 4:11CV00145-SA-JMV**

**CARROLL COUNTY, MISSISSIPPI
By and Through its Board of Supervisors, et al.**                     **DEFENDANTS**

**ORDER CONSOLIDATING CASES**

     Before the court is a motion to consolidate (Doc. 9) pursuant to FED. R. CIV. P. 42(a) and L. U. CIV. R. 42 filed by the defendants in *Coffee v. Carroll County, Mississippi, et al.,* 4:11cv144-SA-JMV. Specifically, the defendants seek an order consolidating *Coffee* with *Williams v. Carroll County, Mississippi, et al.*, 4:11cv145-SA-JMV on the grounds that these cases involve the same defendants who are represented by the same attorneys; the plaintiffs in these separate cases are represented by the same attorneys; and both actions arise from the same incident and involve common questions of law and fact. Additionally, the defendants point out that the two actions are assigned to the same district and magistrate judges. Based on the foregoing and the court's review of the record of these cases, the court finds that they should be consolidated for all purposes in the interest of judicial economy. Accordingly,

     **IT IS ORDERED:**

1. That the defendants' motion to consolidate is hereby **GRANTED**;

2. That the above styled cases are consolidated for all purposes;

3. That the *Coffee* matter is hereby designated as the lead case; and

4. That all filings shall be made in the lead case.[1]

This 1st day of March, 2012.

                /s/ Jane M. Virden
                UNITED STATES MAGISTRATE JUDGE

---

[1] However, counsel are advised to select the option to "spread" filings to all other cases when prompted to do so in the ECF system.